IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL RAY REEVES,

    Petitioner,

-vs-

MIKE ATCHISON, *Warden*,

    Respondent.        No. 12-cv-630-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order Dismissing case (Doc. 20) entered by this Court on January 6, 2014, the Report and Recommendation of Magistrate Judge Philip M. Frazier is **ADOPTED** in its entirety. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DENIED** and this case is **DISMISSED** with prejudice.

        NANCY J. ROSENSTENGEL,
        CLERK OF COURT

        BY:  s/*Sara Jennings*
              Deputy Clerk

**DATED:** January 8, 2014

David R. Herndon
2014.01.08
05:09:01 -06'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**